IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson III, J Meade

Printed: 12/16/08

Case Number:  08 B 21352
Judge: Goldgar, A. Benjamin
Filed: 8/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,300.00 |  |
| Secured: |  | 298.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 915.57 |
| Trustee Fee: |  | 85.65 |
| Other Funds: |  | 0.00 |
| Totals: | 1,300.00 | 1,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 3,000.00 | 915.57 |
| 2. | Merrill Lynch | Secured | 0.00 | 0.00 |
| 3. | Fifth Third Bank | Secured | 2,426.68 | 298.78 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 9,101.81 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 3,013.20 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 5,813.29 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 10,586.15 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 11,433.09 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 9,292.47 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 15,448.33 | 0.00 |
|  |  |  | $ 70,115.02 | $ 1,214.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 10.39 |
| 6.6% | 75.26 |
|  | $ 85.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilson III, J Meade | Case Number:  08 B 21352 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/16/08 | Filed:  8/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

